# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Vincent Sonnick**

      Plaintiff

vs.                                 **CASE NUMBER: 5:20-cv-415 (TJM/ML)**

**Social Security Offices Syracuse,
ALJ Bruce Fein, Heritage Park Apartments**

      Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Complaint is hereby **DISMISSED** without prejudice to repleading within thirty (30) days of the date of this Decision and Order. If Plaintiff does not file an amended complaint within thirty (30) days of the date of this Decision and Order, the Clerk of the Court is directed to close the file in this case.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 20th day of July, 2020.

DATED: August 24, 2020

_____
Clerk of Court

                                        s/Kathy Rogers_____
                                        Deputy Clerk